# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEE BLAND,<br><br>                          Petitioner,<br>  vs.<br><br>SCOTT KERNER, et al.,<br><br>                         Respondents. | CASE NO. 05cv2040 DMS (WMC)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

      On August 15, 2006, this Court entered judgment denying the petition for a writ of habeas corpus brought by Petitioner pursuant to 28 U.S.C. § 2254. On September 20, 2006, Petitioner filed a Notice of Appeal and a Request for Certificate of Appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

      Having reviewed the petition, the R&R and the August 15, 2006 Order denying the petition, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this Court's

/ / /

/ / /

/ / /

1  denial of his petition debatable.  Therefore, the Court denies Petitioner's request for a certificate of
2  appealability.
3       **IT IS SO ORDERED.**
4  DATED: October 6, 2006

6  DANA M. SABRAW
   United States District Judge

8  cc: all parties
     Judge McCurine